IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HAZEL CHRISTINA MCGINTY and THOMAS PATTEN MCGINTY, JR., : : : : Plaintiffs, : : vs. : : RICHARD DUNN, WINWHOLESALE, INC., THE NOLAND COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, : : : : : Defendants. : | Civil Action No.: 7:10-CV-139 (HL) |

## ORDER

WHEREAS the Plaintiffs filed a Motion to Dismiss Parties and have shown that neither Winwholesale, Inc. nor Travelers Property Casualty Company of America are proper parties to this action and Defendants consent to said motion;

IT IS HEREBY ORDERED that both Winwholesale, Inc. and Travelers Property Casualty Company of America are DISMISSED without prejudice.

SO ORDERED, this the 25th day of January, 2011.

s/ Hugh Lawson
Hon. Hugh Lawson
Senior United States District Judge
Middle District of Georgia

Order Prepared By:

John Gee Edwards
Attorney for Plaintiffs
108 East Valley Street
Valdosta, Georgia 31601
Phone: 229-242-1790
Fax: 229-242-5257
Email: edwardslaw@bellsouth.net