IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HAZEL CHRISTINA MCGINTY and THOMAS PATTEN MCGINTY, JR.  Plaintiffs, VS. THE NOLAND COMPANY,  Defendants. | § § § Civil Action No.: § § 7:10-CV-139 (HL) § § § § § § |

## ORDER

The Court, having reviewed the information contained in the Scheduling and Discovery Report completed and filed jointly by the parties to this action, hereby ADOPTS the parties' plan and MAKES IT THE ORDER OF THE COURT.

SO ORDERED, this the 23rd day of May, 2011

                                              s/ Hugh Lawson
                                              Hugh Lawson
                                              United States Senior District Judge